**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 98-6182**

-------

JOHN ARMSTRONG; ROBERT D. BIGGS; STERLING
YOUNGCOURT; KENNY EDMONDS; RONALD JOSEPH
GOVOSTIS; JEFFREY RITTER; MICHAEL SILBERMAN,

                                  Plaintiffs - Appellants,

        versus

THOMAS R. CORCORAN, Warden; LEHRMAN DOTSON,
Assistant Warden; PARKER, Hearing Officer;
ROBERT KOPPEL, Captain; LOGAN CHANNEY, Cap-
tain, all defendants are sued in the individ-
ual and official capacities,

                                  Defendants - Appellees.

-------

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-97-1541-AW)

-------

Submitted: July 2, 1998         Decided: July 22, 1998

-------

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

-------

Affirmed by unpublished per curiam opinion.

-------

John Armstrong, Robert D. Biggs, Sterling Youngcourt, Kenny
Edmonds, Ronald Joseph Govostis, Jeffrey Ritter, Michael Silberman,
Appellants Pro Se. John Joseph Curran, Jr., Attorney General,

Gloria Selena Wilson-Shelton, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders denying relief on their 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and denying their motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Armstrong v. Corcoran</u>, No. CA-97-1541-AW (D. Md. Dec. 11, 1997, and Jan. 8, 1998). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>